UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ZACHARIE BAUER,

        Petitioner,

        v.                                                                       Case No. 20-cv-0642-bhl

DYLON RADTKE,

        Respondent.

_____

### SECOND ORDER ACKNOWLEDGING COMPLIANCE
### AND DIRECTING PETITIONER TO PROVIDE ANOTHER STATUS REPORT
_____

        On July 20, 2021, the Court granted Petitioner Zacharie Bauer's motion, ECF No. 6, to stay his habeas petition while he attempted to exhaust state-court remedies with respect to some of his claims. ECF No. 9. The Court ordered Bauer to commence further proceedings in state court to exhaust any remaining claims within 30 days of the Order if he had not already done so. *Id.* at 2. Bauer was also directed to provide a status report to the Court within 60 days of the Order, advising the Court on the status of his exhaustion efforts. *Id.*

        On September 16, 2021, Bauer filed a status report advising that he had timely commenced further proceedings in state court to exhaust his remaining claims, as required by the Court's Order. ECF No. 10. He further reported that he was waiting to hear from the state courts on the resolution of his filings. *Id.* at 1. On October 5, 2021, the Court acknowledged that Bauer's status report complied with the Court's prior directives and ordered Bauer to provide another status report either by January 3, 2022, or within 30 days of a final resolution of his claims in state court. ECF No. 11. On December 30, 2021, Bauer filed a second timely status report, advising the Court that his pursuit to exhaust his claims in state court remains ongoing. ECF No. 12.

The Court acknowledges Bauer's compliance with the Court's Order, ECF No. 11. Once again, the Court **FURTHER ORDERS** Bauer to provide another status report within the earlier of:  **(1) 90 days from the filing date of this new Order; or (2) 30 days from the date of any final resolution of Bauer's state-court proceedings**. The status report should advise the Court on the status of Bauer's exhaustion efforts.

Dated at Milwaukee, Wisconsin on January 3, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge